FILED

11/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0574

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

IN RE THE PARENTING OF L.M.A.R. and N.R.R.:

JESSE E. REHBEIN,

    Petitioner and Appellant,

-and-

DANIELLE C. BUCK,

    Respondent and Appellant,

ANNETTE REHBEIN and DOUG REHBEIN,

    Intervenors/Third-Party Appellees

Cause Nos.: DA 23-0574

PLEADING TITLE

Upon consideration of Appellants' request for a 30-day extension of time to file their opening brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellants are granted a 30-day extension of time to file their opening brief. The new due date for Appellants' opening brief is January 5, 2024.

PLEADING TITLE - 1

PLEADING TITLE - 2

PLEADING TITLE - 3

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 21 2023